```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 13682
    LISA V JOHNSON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-7670

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/24/2006 and was confirmed 01/18/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 07/26/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
AMERICA SERVICING COMPAN  CURRENT MORTG      6105.20           .00         6105.20
AMERICA SERVICING COMPAN  MORTGAGE ARRE     15294.36           .00             .00
DRIVE FINANCIAL SERVICES  SECURED VEHIC     35406.00           .00         3223.70
DRIVE FINANCIAL SERVICES  UNSEC W/INTER       512.86           .00             .00
WASHINGTON MUTUAL         SECURED NOT I          .00           .00             .00
WASHINGTON MUTUAL         SECURED NOT I          .00           .00             .00
CAVALRY PORTFOLIO SERVIC  UNSEC W/INTER   NOT FILED            .00             .00
CFS DEFICIENCY RECOVERY   UNSEC W/INTER   NOT FILED            .00             .00
ENCORE RECEIVABLE MANAGE  UNSEC W/INTER   NOT FILED            .00             .00
FIRST PREIMER BANK        UNSEC W/INTER   NOT FILED            .00             .00
FIRST PREIMER BANK        UNSEC W/INTER   NOT FILED            .00             .00
MIDLAND CREDIT MANAGEMEN  UNSEC W/INTER       155.96           .00             .00
SOCIAL SECURITY ADMINIST  UNSEC W/INTER   NOT FILED            .00             .00
TCF FINANCIAL SERVICE     UNSECURED       NOT FILED            .00             .00
TCF FINANCIAL SERVICES    NOTICE ONLY     NOT FILED            .00             .00
FINGERHUT CORP            UNSEC W/INTER       372.31           .00             .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER       449.33           .00             .00
TIMOTHY K LIOU            DEBTOR ATTY         709.20                           .00
TOM VAUGHN                TRUSTEE                                           571.10
DEBTOR REFUND             REFUND                                               .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              9,900.00

PRIORITY                                        .00
SECURED                                    9,328.90
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                          571.10

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 13682 LISA V JOHNSON
```

```
DEBTOR REFUND                                                           .00
                                        ---------------   ---------------
TOTALS                                         9,900.00          9,900.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 10/23/07                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE